PAUL CHRISTOPHER *v.* STATE OF MARYLAND
FRED JONES *v.* STATE OF MARYLAND
[Nos. 18, 19, April Term, 1938.]

*Decided April 22nd, 1938.*

The causes were submitted on briefs to BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*A. Stengle Marine* and *LeRoy L. Wallace,* for the appellants.

*Herbert R. O'Conor,* Attorney General, *Hilary W.*

*Gans, Deputy Attorney General,* and *J. Gorman Hill, State's Attorney for Dorchester County,* for the State.

The opinion was delivered *per Curiam.*